UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| LAKHESHA COLEMAN, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | Civil Action No. 3:23-CV-1965-X-BN |
| | § | |
| THE PRUDENTIAL ASSIGNED SETTLEMENTS SERVICES CORPORATION, | § § § | |
| | § | |
| *Defendant.* | | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. (Doc. 15). Magistrate Judge David L. Horan recommends dismissing Plaintiff Lakhesha Coleman's complaint with prejudice because the express language of her contract contradicts her requested relief. (Doc. 15 at 3). Coleman did not file an objection to Magistrate Judge Horan's recommendation.

The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. Accordingly, the Court **GRANTS** Defendant's motion to dismiss (Doc. 7) and **DISMISSES WITH PREJUDICE** Coleman's complaint for failure to state a plausible claim for relief.

1

**IT IS SO ORDERED** this 22nd day of July, 2024.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE